WILLIAM R. TAYLOR and Another, Respondents, v. JACOB McCHESNEY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

ARTHUR W. DALTON, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

HELEN F. LAMPHRON, as Executrix of JOSEPH F. LAMPHRON, Deceased, Respondent, v. NEW YORK POWER AND LIGHT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

THE CHENANGO COUNTY NATIONAL BANK AND TRUST COMPANY OF NORWICH, Respondent, v. GEORGE E. FORBELL, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Hill, J., not sitting.

LUEL LAMBERTON, as Administrator, etc., of ORVILLE LAMBERTON, Deceased, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of SAMUEL DORFMAN, Committee of BECKIE DORFMAN, Respondent, against HYMAN LEVINE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award for hospital bill is reversed and the claim therefor dismissed, with costs against the State Industrial Board, on the ground that the employer was not requested to furnish hospital services; the nature of the injuries did not indicate that such services were or might be necessary; the employer did not know until after the services had been fully rendered that such services were necessary. All concur.

In the Matter of the Claim of JOSEPH HERBERT, Respondent, against BETH-LEHEM STEEL COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of MARY E. KRAMER, Respondent, against KEW FOREST CONSTRUCTION CORPORATION, Respondent; FEDERAL SURETY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of BEA S. LEICHTER, Appellant, against AMERICAN ANTIQUE BRASS Co., INC., Respondent, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of JOHN MAR, Respondent, against THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. All concur, except Hinman and Whitmyer, JJ., who dissent and vote to reverse and remit the claim on the ground that there is no competent evidence of probative value to support the finding that the loss of vision was the result of air striking the eye and causing an aggravated and activated form of keratitis.